JUTTE *v.* DAVIS.

*(District Court, W. D. Pennsylvania. May 7, 1890.)*

ADMIRALTY JURISDICTION—LIBEL IN PERSONAM—SUPPLIES AND SERVICES.
   The district courts of the United States have jurisdiction of a libel *in personam* against the owner of a domestic steam-boat for supplies furnished to the boat and services performed for her.

In Admiralty.

Libel *in personam* by Charles Jutte against John M. Davis, owner of the Bengal Tiger, for supplies furnished to the boat, and services performed for her. On motion to dismiss for want of jurisdiction. Denied.

*Geo. C. Wilson*, for libelant.

*Barton & Barton*, for respondent.

ACHESON, J. Undoubtedly this court has jurisdiction generally ot suits *in personam* upon maritime contracts; and as this is such a suit against the owner of the Bengal Tiger to enforce a personal liability, and not a proceeding *in rem* against the steam-boat, the objection that she is a domestic vessel, and hence is not subject to a maritime lien for the claim in suit, is not well taken, and the motion to dismiss must be denied. And now, May 7, 1890, the motion to dismiss the libel is denied.